THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK BROWN, Appellant. [727 NYS2d 365] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Allegany County Court, Feeman, Jr., J.—Filing False Instrument, 2nd Degree.) Present—Pigott, Jr., P. J., Green, Kehoe, Burns and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY IVEY, Appellant. [727 NYS2d 365] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Aggravated Unlicensed Operation Motor Vehicle, 1st Degree.) Present—Pigott, Jr., P. J., Green, Kehoe, Burns and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARED MIERNIK, Appellant. [727 NYS2d 364] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Noonan, J.—Criminal Sale Marihuana, 3rd Degree.) Present—Pigott, Jr., P. J., Green, Kehoe, Burns and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY MORSE, Appellant. [727 NYS2d 364] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Livingston County Court, Alonzo, J.—Grand Larceny, 3rd Degree.) Present—Pigott, Jr., P. J., Green, Kehoe, Burns and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID RODRIGUEZ, Appellant, v GARY F. HODGES, Superintendent of Gowanda Correctional Facility, Respondent. [727 NYS2d 365] —Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Order of Supreme Court, Erie County—Glownia, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Green, Kehoe, Burns and Lawton, JJ.